

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2022

No. 04-22-00739-CR

**EX PARTE** Aldo **GALINDO-ZAMORA**,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,800
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On December 30, 2022, appellant filed a motion requesting an extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than January 26, 2023**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court